# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| DEFRIECE HOLLIDAY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 2:18-cv-02446-TLP-tmp |
| v. ) | |
| ) | JURY DEMAND |
| STATE OF TENNESSEE, JUDGE PAULA ) | |
| SKAHAN, and ATTORNEY PATRICK ) | |
| BROOKS, ) | |
| ) | |
| Defendants. ) | |

## ORDER DISMISSING CASE FOR FAILURE TO PROSECUTE

The Court entered a show cause order on August 30, 2018, requiring Plaintiff to show cause, within twenty-one (21) days of the entry of the Order, why this matter should not be dismissed for failure to prosecute. (ECF No. 7.) And the Court directed Plaintiff to either file a non-prisoner in forma pauperis affidavit or pay the filing fee within 30 days of the Order. (*Id*. at PageID 24.) Plaintiff was informed that failure to respond would result in the case being dismissed without further notice. Plaintiff has not responded to the Court's Order. Therefore, Plaintiff's claims are DISMISSED WITHOUT PREJUDICE for failure to prosecute under Federal Rule of Civil Procedure 41(b). *See Link v. Wabash R.R. Co.*, 370 U.S. 626, 629–33 (1962) (holding that district courts have the inherent authority to dismiss for lack of prosecution).

**SO ORDERED**, this 20th day of November, 2018.

                                                    s/Thomas L. Parker
                                                    THOMAS L. PARKER
                                                    UNITED STATES DISTRICT JUDGE